**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6653

RON TEARIA NICHOLAS,

Plaintiff - Appellant,

versus

JONATHAN E. OZMINT, SCDC Director; HOUSER,
Chaplain at Kirkland Correctional Institution;
BERNARD MCKIE, Warden; VAUGHN JACKSON; GARY
BOYD; BETSY LYBRAND; DORIS CURENTON,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  R. Bryan Harwell, District Judge.
(8:04-cv-22471-RBH)

Submitted:  October 13, 2006       Decided:  October 26, 2006

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ron Tearia Nicholas, Appellant Pro Se. Andrew Frederick Lindemann,
DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ron Tearia Nicholas appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Nicholas v. Ozmint</u>, No. 8:04-cv-22471-RBH (D.S.C. Apr. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>